

# Fourth Court of Appeals
## San Antonio, Texas

January 16, 2019

No. 04-18-00988-CR

Francisco L. **ROBLES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR4228
Honorable Joey Contreras, Judge Presiding

## O R D E R

Appellant's counsel, Scott Dalrymple, moved to withdraw. We **GRANT** counsel's motion. *See* TEX. R. APP. P. 6.5.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court